**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 18-6369

TERRELL JOYNER,

                Plaintiff - Appellant,

      v.

KAREN J. BURRELL, Judge, City of Norfolk, VA; MAGISTRATE, City of Norfolk, VA; EVERETT MARTIN, Judge,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge.  (2:17-cv-00666-MSD-LRL)

Submitted:  June 21, 2018                Decided:  June 26, 2018

Before DIAZ and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terrell Roshad Joyner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrell Joyner appeals the district court's order and judgment dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and affirm for the reasons stated by the district court. *Joyner v. Burrell*, No. 2:17-cv-00666-MSD-LRL (E.D. Va. Mar. 29, 2018). We deny Joyner's motions for a transcript at government's expense and for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*